JOHN CAIN, EMPLOYEE-PLAINTIFF v. R. W. GUYTON, D/B/A G. S. AUTO PARTS & GUYTON BATTERY SERVICE, EMPLOYER-DEFENDANT, NON-INSURED

No. 248A86

(Filed 7 October 1986)

APPEAL of right by the defendant under N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 79 N.C. App. 696, 340 S.E. 2d 501 (1986), affirming an award of the Industrial Commission filed on 19 December 1984. Heard in the Supreme Court on 8 September 1986.

*Charles R. Hassell, Jr., for plaintiff appellee.*

*Williamson & Walton, by Benton H. Walton, III, for defendant appellant.*

PER CURIAM.

Affirmed.